UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ALICE FRANKLIN, on behalf of herself
and all other similarly situated employees,

      Plaintiffs,

v.                                      No. 2:08-cv-02268-JPM-tmp

KELLOGG COMPANY,

      Defendant.

---

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR
APPROVAL OF FLSA SETTLEMENT; APPROVAL OF ATTORNEYS' FEES FOR
PLAINTIFFS' COUNSEL AND APPROVAL FOR REIMBURSEMENT OF
PLAINTIFFS' COUNSEL OF REASONABLE COSTS AND EXPENSES INCURRED;
AND DISMISSAL OF CLAIMS**

---

The Joint Motion of Plaintiff Alice Franklin, on behalf of herself and all other similarly situated employees, together with Defendant, Kellogg Company, for approval of their proposed settlement is hereby found by the Court to be fair, reasonable and adequate and is hereby approved in all respects, including the parties' approval of Plaintiffs' Counsel's request for attorneys' fees and reimbursement of out-of-pocket expenses.

Grounds for the foregoing include the Memorandum in Support of Joint Motion for Settlement Approval (ECF No. 389-1) and the declarations and exhibits thereto, and the June 5, 2013 hearing in open court seeking such approval.

Based upon the foregoing and the entire record in this case, including an invitation to all settlement class members to appear and be heard, the Court hereby finds that the proposed settlement by and between the parties is in all respects fair, reasonable and adequate and is hereby approved.

1

The Court further finds that the request for attorneys' fees and reimbursement for out-of-pocket costs and expenses for Plaintiffs' Counsel is likewise fair and reasonable and in all respects approved.

In light of the foregoing and the entire record in this case, this action is hereby DISMISSED WITH PREJUDICE.

**SO ORDERED** this 5th day of June, 2013.

                                                  s/ Jon P. McCalla
                                                JON P. McCALLA
                                                CHIEF U.S. DISTRICT JUDGE