IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

|  |  |  |
|---|---|---|
| ALICE FRANKLIN, on behalf of herself and all other similarly situated employees, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:08-cv-02268-JPM-tmp |
| THE KELLOGG COMPANY | ) ) ) | |
| Defendant. | ) | |

_____

**JUDGMENT**
_____

**JUDGMENT BY COURT.** This action having come before the Court and the issues having been considered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance the Court's Order granting the parties' Joint Motion for Approval of FLSA Settlement (ECF No. 392), and the settlement and attorneys' fees having been approved by this Court at a fairness hearing held on June 6, 2013 (see ECF No. 391), all claims by Plaintiffs against Defendant in this action are hereby DISMISSED WITH PREJUDICE, the Court retaining jurisdiction to enforce the terms of the settlement agreement.

APPROVED:


s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

June 6, 2013
Date